1  JIM D. SMITH
   ATTORNEY AT LAW
2  221 S. Second Avenue
   Yuma, Arizona 85364
3  Telephone: (928) 783-7809
   Attorney No. 2661
4
   Attorney for Trustee
5

6

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                **FOR THE DISTRICT OF ARIZONA**

9  In re:                           )    Chapter 7
                                     )
10 ROSALIA DELGADO,                  )    Case No. B-09-00847-YUM-JMM
                                     )
11                                   )    APPLICATION TO PAY DIVIDEND
                                     )    LESS THAN $5.00 TO THE CLERK
12                    Debtor .       )    OF THE U.S. BANKRUPTCY COURT
                                     )
13 _____

14      JIM D. SMITH, Trustee, reports that the following dividend in amount less than $5.00 was declared,

15 and that pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to the creditor, but

16 shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

17
   CLAIM NO.     CREDITOR'S NAME AND ADDRESS                              AMOUNT
18     3         SW Rehab/APO, Attn: Collection Dept, 2281 W. 24th St #10,   $ 1.27
                 Yuma, AZ 85364-6197
19
      7A         Arizona Department of Revenue, Special Operations Unit, 1600   $ .85
20               W. Monroe, 7th Floor, Phoenix, AZ 85007

21

22      1-6-11                            /s/ Jim D. Smith
          DATE                            JIM D. SMITH, TRUSTEE
23

24

25

26 *F:\MyFiles\delgado.rosalia.pay.dividend.to.Clerk.motion.wpd*

Case 0:09-bk-00847-JMM   Doc 61   Filed 01/06/11   Entered 01/06/11 15:14:35   Desc
                         Main Document   Page 1 of 1